Same case below, 9 A.3d 475.

■

**No. 10-9893. Simeon Bozic, Petitioner v. Pennsylvania.**

563 U.S. 1025, 131 S. Ct. 2939, 180 L. Ed. 2d 232, 2011 U.S. LEXIS 4155, ■

May 31, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 997 A.2d 1211.

■

**No. 10-9918. Ravon Romance, Petitioner v. Mark Bradt, Superintendent, Elmira Correctional Facility.**

563 U.S. 1025, 131 S. Ct. 2939, 180 L. Ed. 2d 232, 2011 U.S. LEXIS 4053.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 391 Fed. Appx. 89.

■

**No. 10-9922. Michael Dunn, Petitioner v. James Noe, et al.**

563 U.S. 1025, 131 S. Ct. 2939, 180 L. Ed. 2d 232, 2011 U.S. LEXIS 4165.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

■

**No. 10-9931. Emilio Teniente, Petitioner v. Michael Murphy, Warden, et al.**

563 U.S. 1025, 131 S. Ct. 2939, 180 L. Ed. 2d 232, 2011 U.S. LEXIS 4044.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 412 Fed. Appx. 96.

■

**No. 10-9956. Jarvis Shelton, Petitioner v. Mississippi.**

563 U.S. 1025, 131 S. Ct. 2940, 180 L. Ed. 2d 232, 2011 U.S. LEXIS 4171.

May 31, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

■

**No. 10-9957. Jarvis Shelton, Petitioner v. Mississippi.**

563 U.S. 1025, 131 S. Ct. 2940, 180 L. Ed. 2d 232, 2011 U.S. LEXIS 4084.

May 31, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

■

**No. 10-9964. William Powell, Petitioner v. Louisiana.**

563 U.S. 1025, 131 S. Ct. 2940, 180 L. Ed. 2d 232, 2011 U.S. LEXIS 4105.

May 31, 2011. Petition for writ of certiorari to the Supreme Court of Louisiana denied.

Same case below, 56 So. 3d 988.

■

**No. 10-9977. Celina V. Lord, Petitioner v. United States.**

563 U.S. 1025, 131 S. Ct. 2940, 180 L. Ed. 2d 232, 2011 U.S. LEXIS 4049.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 404 Fed. Appx. 773.